UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| **RAVEN JOHNSTON** | * | **CIVIL ACTION NO. 08-1098** |
| **VERSUS** | * | **JUDGE MELANCON** |
| **COMMISSIONER OF SOCIAL SECURITY** | * | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation [Rec. Doc. 10]. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Commissioner's decision is **AFFIRMED**, and that claimant's case be **DISMISSED** with prejudice.

Lafayette, Louisiana, this 7th day of December, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE